**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

FREDERICK SMITH,

        Petitioner

: No. 287 WAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.